RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/15/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DALE JACKSON | CIVIL ACTION NO. 08-1324 |
| VS. | JUDGE ROBERT G. JAMES |
| MOREHOUSE NURSING STAFF, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## RULING

Before the Court is Plaintiff Dale Jackson's civil rights complaint.

On February 27, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 8], in which she recommends dismissing the complaint as frivolous and for failing to state a claim for which relief might be granted. The Court ADOPTS the Report and Recommendation, except for the analysis regarding whether Defendant Dr. Ogden is a state actor.

On April 7, 2009, Magistrate Judge Hayes issued a supplemental Report and Recommendation [Doc. No. 11], which this Court ADOPTS. In the supplemental Report and Recommendation, Magistrate Judge Hayes assumes that Defendant Dr. Ogden is a state actor and recommends dismissing the claims against him as frivolous and failing to state a claim for which relief might be granted.

MONROE, LOUISIANA, this ___1___ day of May, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE