RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _5 / 8 / 09_
BY_____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

DALE JACKSON            **CIVIL ACTION NO. 08-1324**

VS.            **JUDGE ROBERT G. JAMES**

MOREHOUSE NURSING STAFF,      **MAGISTRATE JUDGE KAREN L. HAYES**
ET AL.

### JUDGMENT

For the reasons stated in the Reports and Recommendations [Doc. Nos. 8 & 11] of the

Magistrate Judge previously filed herein, to the extent ADOPTED, and for the reasons set forth in

this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights

complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which

relief might be granted pursuant to 28 U.S.C. §§1915 and 1915A.

MONROE, LOUISIANA, this ___1___ day of May, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE