RECEIVED
IN MONROE, LA
JUL 13 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DALE JACKSON | CIVIL ACTION NO. 08-1324 |
| VS. | JUDGE ROBERT G. JAMES |
| MOREHOUSE NURSING STAFF, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

On July 6, 2009, Plaintiff Dale Jackson ("Jackson") filed a motion for reconsideration [Doc. No. 14] of the Court's May 4, 2009 Ruling and Judgment [Doc. Nos. 12 & 13] dismissing his civil rights complaint as frivolous and for failing to state a claim for which relief might be granted.

Because Jackson's motion was served more than ten days after the entry of the Court's Ruling and Judgment, the Court must treat the motion as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). *See Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 173 (5th Cir. 1990), *abrogated on other grounds by Little v. Liquid Air Corp.*, 37 F.3d 1069, 1076 n. 14 (5th Cir. 1994); *Teal v. Eagle Fleet, Inc.*, 933 F.2d 341, 347 n. 3 (5th Cir. 1991).

Under Rule 60(b), the Court "may relieve a party or its legal representative from a final judgment, order, or proceeding" for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

FED. R. CIV. P. 60(b).

Other than reasserting the relief sought in his complaint and stating that he did not receive notice of the Court's Ruling and Judgment until June 17, 2009, Jackson has offered no basis for the Court to set aside its previous Ruling and Judgment. Accordingly,

IT IS ORDERED that Jackson's motion for reconsideration [Doc. No. 14] is DENIED.

MONROE, LOUISIANA, this 13 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE